# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0807
LT Case No. 55-2025-DR-289

_____

FRANCIS L. PAUL, III,

Appellant,

v.

ERIN JENSON,

Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
Casey L. Woolsey, Judge.

Michael P. Hines, of Michael Hines, P.A., St. Augustine, for
Appellant.

No Appearance for Appellee.

April 2, 2026

PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and SOUD, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---